

NUMBER 13-11-00334-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GABRIEL ALVARADO AND PIEDAD ALVARADO,
INDIVIDUALLY AND ON BEHALF OF THEIR MINOR
CHILDREN, G.A.A. AND V.A.A., AND PROVOST
UMPHREY LAW FIRM, L.L.P.,                                    Appellants,

v.

PUFFER-SWEIVEN LP, PUFFER-SWEIVEN GP,
INC., INTERNATIONAL FLOW SERVICES, GP INC.,
VERDE HOLDINGS, INC., INTERNATIONAL FLOW
SERVICES, LP, PUFFER-SWEIVEN SPECIALTIES,
INC., CITGO REFINING AND CHEMICALS COMPANY,
L.P. AND REAL-PARTY-IN-INTEREST AMERICAN
INSURANCE COMPANY,                                           Appellees.

On appeal from the 319th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

Before Justices Rodriguez, Benavides, and Perkes
Memorandum Opinion Per Curiam

Appellants Gabriel Alvarado and Piedad Alvarado, individually and on behalf of their minor children, G.A.A. and V.A.A., and Provost Umphrey Law Firm, L.L.P., perfected an appeal from a judgment entered by the 319th District Court of Nueces County, Texas, in cause number 09-6072-G. Appellants have filed an unopposed motion for voluntary dismissal of the appeal on grounds that the parties have fully resolved the controversies between them. Appellants request that this Court dismiss the appeal.

The Court, having abated the appeal on January 9, 2012 pending settlement, now REINSTATES the appeal. Further, considering the documents on file and appellants' unopposed motion to dismiss the appeal, the Court is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' unopposed motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
7th day of June, 2012.

2